The Gutta Percha and Rubber Manufacturing Company, Appellant, v. Charles J. Holman, as Treasurer, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J.. McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Hoisting Machinery Company, Appellant, v. Federal Terra Cotta Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Midtown Contracting Company, Appellant, v. Louis Goldsticker and Another, Composing the Firm, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Milton W. Sakson, Respondent, v. New York, Ontario and Western Railway Company, Appellant. Francis H. Kline, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motions granted with ten dollars costs. No opinion. Present — Ingraham, P. J. McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Michael F. Whalen, Respondent, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion, Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Marshall A. Barney, Respondent, v. Alexander S. Chessin, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Anna Jacobson, Plaintiff, v. Ignatz Jacobson, Defendant. Max Brown, Appellant; Nathaniel Rosenberg, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Abraham Greenberg, Respondent; v. Meyer Goldberg, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Abraham Greenberg, Respondent, v. Goldberg & Greenberg Inc., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Marie Dressler, Appellant, v. Keystone Film Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Anisim Adzerycha, Respondent, v. Holbrook, Cabot & Rollins Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.